FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

2015 JUN 15  PM 2: 15

CLERK-LAS CRUCES

| | | |
|---|---|---|
| JOE JESSE MONGE and | § | |
| ROSANA ELENA MONGE, | § | |
| PLAINTIFFS, | § | |
| | § | |
| v. | § | CAUSE NO. 2:15-MC-30- J β |
| | § | |
| ALICIA ROJAS and FRANCISCO | § | |
| JAVIER JAYME, | § | |
| DEFENDANTS. | § | |

---

### AFFIDAVIT IN SUPPORT OF DEFENDANTS OBJECTION

---

I, ALICIA ROJAS, pursuant to 28 U.S.C. Sec.1746 do hereby state, attest, and declare under penalty of perjury the following statements to be true and correct to the best of my knowledge. I understand that this affidavit will become an official part of the United States District Court files and that any false or dishonest answer or statements knowingly made by me in this Affidavit are illegal and may subject me to criminal penalties, including any applicable fines or imprisonment, or both.

1. My name is Alicia Rojas and I do live at 105 Thoroughbred Court, Sunland Park, NM.

2. My home mailing address is 105 Thoroughbred Court, Sunland Park, NM 88063.

3. I have lived at this address for the past Fourteen years.

4. I have paid for all utility services to my home for my family for the past Fourteen years.

5. The one and only Homestead property is my home at the 105 Thoroughbred address.

6. I do not plan or intend to move from my home at the 105 Thoroughbred address.

7. I have independently repaired and maintained my home for the past Fourteen years.

I declare under penalty of perjury that the foregoing is true and correct.

Signature: ALICIA ROJAS      Date: June 15, 2015.

SUBSCRIBED AND SWORN TO BEFORE ME, BY ALICIA ROJAS THIS 15th, day of JUNE 2015.

OFFICIAL SEAL
CHRISTOPHER WENCK
NOTARY PUBLIC - STATE OF NEW MEXICO
My Commission Expires 4-27-2016

NOTARY PUBLIC